1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10   MARC WILLIAM SCHMIDT,              ) Case No. EDCV 13-1331-JPR
                                        )
11                 Plaintiff,           )          **JUDGMENT**
                                        )
12            v.                        )
                                        )
13   CAROLYN W. COLVIN, Acting          )
     Commissioner of Social             )
14   Security,                          )
                                        )
15                 Defendant.           )
     _____)
16

17        For the reasons set forth in the accompanying Memorandum

18   Opinion and Order, it is hereby ADJUDGED AND DECREED THAT (1)

19   Plaintiff's request for an order remanding the case for further

20   proceedings is DENIED; (2) the Commissioner's request for an

21   order affirming the Commissioner's final decision and dismissing

22   the action is GRANTED; and (3) judgment is entered in the

23   Commissioner's favor.

24

25   DATED: August 26, 2014         _____
                                    JEAN ROSENBLUTH
26                                  U.S. Magistrate Judge

27

28